# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Trinyal Milique Sumler                    Docket No. 5:17-CR-187-1BO

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Trinyal Milique Sumler, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 27, 2017, to the custody of the Bureau of Prisons for a term of 14 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Trinyal Milique Sumler was released from custody on July 31, 2018, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** The defendant tested positive for marijuana use on September 26, 2018, and the results of the test was confirmed by Alere Laboratories on September 30, 2018. When confronted, the defendant acknowledged the validity of the results and signed an admission of drug use statement. The defendant received a verbal reprimand and was counseled about his actions. In response to this drug use, the probation office is recommending the defendant be enrolled in substance abuse treatment at Straight Walk Family Services in Rocky Mount, North Carolina, and undergo increased drug testing as a component of the Surprise Urinalysis Program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                      is true and correct.

/s/ Dwayne K. Benfield                /s/ Taron N. Seburn
Dwayne K. Benfield                    Taron N. Seburn
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      201 South Evans Street, Rm 214
                                      Greenville, NC 27858-1137
                                      Phone: 252-830-2335
                                      Executed On: October 11, 2018

Trinyal Milique Sumler
Docket No. 5:17-CR-187-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __11__ day of __October__, 2018, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge