UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Trinyal Milique Sumler**             **Docket No. 5:17-CR-187-1BO**

### Petition for Action on Supervised Release

COMES NOW Taron N. Seburn, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Trinyal Milique Sumler, who, upon an earlier plea of guilty to Conspiracy to Distribute and Possess With Intent to Distribute a Quantity of Heroin, in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C), was sentenced by the Honorable Terrence W. Boyle, Chief United States District Judge, on October 27, 2017, to the custody of the Bureau of Prisons for a term of 14 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Trinyal Milique Sumler was released from custody on July 31, 2018, at which time the term of supervised release commenced.

On October 11, 2018, a Petition for Action was submitted notifying the court that the defendant tested positive for marijuana use on September 26, 2018. The defendant received a verbal reprimand for this drug use, enrolled in the Surprise Urinalysis Program, and referred for substance abuse treatment at Straight Walk Family Services in Rocky Mount, North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** During an office visit conducted on November 7, 2018, the defendant admitted to marijuana use on or about October 27, 2018, and signed an admission of drug use statement. The defendant received a verbal reprimand and was counseled about his actions. In response to this drug use, the probation office is recommending the defendant abide by a 30-day curfew with electronic monitoring. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 30 consecutive days. The defendant is restricted to their residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Trinyal Milique Sumler
Docket No. 5:17-CR-187-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Eddie J. Smith
Eddie J. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taron N. Seburn
Taron N. Seburn
U.S. Probation Officer
201 South Evans Street, Rm 214
Greenville, NC 27858-1137
Phone: 252-830-2335
Executed On: November 7, 2018

### ORDER OF THE COURT

Considered and ordered this 9 day of November, 2018, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
Chief United States District Judge